IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COLUMBIA RIVER BANK,

        Plaintiff,

    v.

ANTHONY GLAVIN, et al.,

        Defendants.

Civil No. CV 04-1034-MO

ORDER DISMISSING PLAINTIFF'S ACTION

**MOSMAN, J.**

Based on plaintiff's motion to dismiss (Doc. #52), the court hereby GRANTS plaintiff's motion to dismiss. Plaintiff's claims are dismissed without prejudice and without costs or fees to any party.

Cross-claims among the defendants remain pending before this court.

IT IS SO ORDERED.

    DATED this  9th  day of May, 2005.

                            /s/ Michael W. Mosman
                            Michael W. Mosman
                            United States District Judge